AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **I. Person Reporting** (last name, first, middle initial)<br><br>HEARTFIELD, THAD | **2. Court or Organization**<br><br>U.S.D.C. (TEXAS EASTERN) | **3. Date of Report**<br><br>05/13/2009 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>300 WILLOW STREET, RM. 212<br>BEAUMONT, TEXAS 77701 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2008 MAY 19 A 10: 27 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Heartfield_Thad

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Annuity Ins. Co. (AIG) | A | Interest | J | T | | | | | |
| 2. Annuity Ins. Co. (AIG) | A | Interest | J | T | | | | | |
| 3. Wachovia Bank, Checking | A | Interest | K | T | | | | | |
| 4. Wachovia Bank, Checking | A | Interest | J | T | | | | | |
| 5. Wachovia Bank, Checking | A | Interest | J | T | | | | | |
| 6. Anadarko Petroleum Corp. | A | Royalty | J | T | | | | | |
| 7. General American Universal Life | A | Distribution | K | T | | | | | |
| 8. UBS RMA | B | Dividend | L | T | Pt. Sell | 3/11 | J | A | |
| 9. UBS IRA#1 Money Market | A | Dividend | L | T | | | | | |
| 10. FICO strips 2/3/08 | D | Interest | | | Redeemed | 2/3 | K | D | |
| 11. US Treas. strips 5/15/09 | | None | L | T | | | | | |
| 12. Fed. Home Loan Mortgage (FHLMC) 5.125 10/15/08 | B | Interest | | | Redeemed | 10/15 | K | A | |
| 13. Fed. Home Loan Bank 5.69 4/27/09 | B | Interest | K | T | | | | | |
| 14. FNMA Call Step-up Nts 4.0 9/21/12 | A | Interest | | | Redeemed | 3/20 | K | A | |
| 15. FHLMC Callable 4.625 5/28/13 | A | Interest | | | Redeemed | 5/28 | K | A | |
| 16. FHLMC Mtn Callable 5.0 1/30/14 | B | Interest | K | T | | | | | |
| 17. FHLMC Step up Mtn 4.5 10/15/16 | B | Interest | | | Redeemed | 12/31 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   FHLB Callable 5.0 6/26/18 | B | Interest | K | T | | | | | |
| 19.   FNMA Call 5.4 2/23/17 | A | Interest | K | T | Buy | 10/24 | K | | |
| 20.   Alliance Bernstein Grth & Inc. | A | Dividend | K | T | | | | | |
| 21.   MS Equally Weighted S&P 500 Fund | B | Dividend | J | T | | | | | |
| 22.   Oppenheimer Strategic Income | D | Dividend | L | T | | | | | |
| 23.   Federated Bond Fund | C | Dividend | L | T | | | | | |
| 24.   Davis New York Venture | A | Dividend | K | T | | | | | |
| 25.   Pimco Total Return Fund | D | Dividend | M | T | | | | | |
| 26.   Bond Fund of Amer. | C | Dividend | L | T | | | | | |
| 27.   EuroPacific Growth | C | Dividend | L | T | | | | | |
| 28.   Growth Fund of America | A | Dividend | K | T | | | | | |
| 29.   Investment Co. of America | B | Dividend | L | T | | | | | |
| 30.   Greenwood Trust CD 7.00 CPN 1/26/10 | A | Interest | J | T | | | | | |
| 31.   Discover Bank CD 6.95 8/9/10 | A | Interest | J | T | | | | | |
| 32.   Discover Bank CD 6.8 9/7/10 | A | Interest | J | T | | | | | |
| 33.   Providian Nat'l CD 6.10 3/7/11 | B | Interest | K | T | | | | | |
| 34.   HTF Amer. Growth Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HTF American Grth. & Income | | None | K | T | | | | | |
| 36. HTF American Global Grth | | None | K | T | | | | | |
| 37. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 38. Amer. Funds High Income | D | Dividend | L | T | Buy | 3/26 | L | | |
| 39. Merrill Lynch Note 5.0 1/15/15 | B | Interest | K | T | | | | | |
| 40. UBS IRA #2 Money Market | A | Interest | J | T | | | | | |
| 41. HTF American Growth & Income | | None | K | T | | | | | |
| 42. HTF American Growth | | None | K | T | | | | | |
| 43. HTF American Global Growth | | None | K | T | | | | | |
| 44. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 45. Nuveen Insured Muni. Oppor. Fund | A | Dividend | J | T | | | | | |
| 46. Nuveen Insured Quality Muni. Fund | A | Dividend | K | T | | | | | |
| 47. Nuveen Insured Premium Income Muni. Fund | B | Dividend | K | T | | | | | |
| 48. Citicorp Trust Bank (money market) | A | Dividend | K | T | | | | | |
| 49. Citibank NA S.D. Bank Deposit Program ( money market) | A | Dividend | L | T | | | | | |
| 50. Dallas TX ISD Bond 4.25% due 8/15/10 | B | Interest | K | T | | | | | |
| 51. Houston TX Area Water Corp. 5.5% due 3/1/12 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sachse TX Cert. of Oblig. 5.0% due 2/15/08 | B | Interest | | | Redeemed | 2/15 | K | A | |
| 53. San Antonio TX ISD Bond 3.0% due 8/15/10 | B | Interest | L | T | | | | | |
| 54. San Antonio TX Elec. & Gas 5.25% due 2/1/11 | B | Interest | K | T | | | | | |
| 55. San Antonio TX Water Rev. Bond 5.0% due 5/15/13 | B | Interest | K | T | | | | | |
| 56. San Antonio TX Elec. & Gas 5.25% due 2/1/14 | B | Interest | K | T | | | | | |
| 57. Spring TX ISD Series A 4.4% due 8/15/11 | B | Interest | L | T | | | | | |
| 58. TX State Rfdg. Series B 5.125% due 10/1/09 | B | Interest | | | Redeemed | 10/1 | K | A | |
| 59. Tarrant Cnty. TX College Dist. 3.5% due 2/15/10 | A | Interest | K | T | | | | | |
| 60. TX Tech Univ. Revs. Fing. Sys. 5.0% due 2/15/12 | B | Interest | K | T | | | | | |
| 61. Harlandale TX ISD School Bldg. 4.75% due 8/15/36 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544